**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ELIZABETH LAZARUS, derivatively
on behalf of nominal defendant ACADIA
PHARMACEUTICALS INC.,

               Plaintiff,

    v.

STEPHEN R. DAVIS, SRDJAN R.
STANKOVIC, MICHAEL J. YANG,
TODD S. YOUNG, TERRENCE O.
MOORE, STEPHEN R. BIGGAR,
JULIAN C. BAKER, LAURA A. BREGE,
JAMES DALY, EDMUND P. HARRIGAN,
and DANIEL B. SOLAND,

               Defendants,

    and

ACADIA PHARMACEUTICALS INC.,

               Nominal Defendant.

C.A. No. 1:20-cv-0843-RGA

---

**JOINT STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRANSFER OF ACTION**

      WHEREAS, on June 23, 2020, plaintiff Elizabeth Lazarus ("Plaintiff") filed an action

(the "Action") alleging on behalf of nominal defendant ACADIA Pharmaceuticals Inc.

("ACADIA"), among other things, violations of securities law, breaches of fiduciary duty, waste

of corporate assets, and unjust enrichment, against Stephen R. Davis, Srdjan R. Stankovic,

Michael J. Yang, Todd S. Young, Terrence O. Moore, Stephen R. Biggar, Julian C. Baker, Laura

A. Brege, James Daly, Edmund P. Harrigan, and Daniel B. Soland (the "Individual Defendants,"

and together with ACADIA, the "Defendants," and together with Plaintiff, the "Parties");

WHEREAS, a related securities class action involving related claims and defenses, including alleged violations of sections 10(b) and 20(a) of the Securities Exchange Act and Rule 10b-5 promulgated thereunder, is pending in the U.S. District Court for the Southern District of California, captioned *In re Acadia Pharmaceuticals Inc. Securities Litigation*, Case No. 3:18-cv-1647-AJB-BGS (the "Related Securities Class Action");

WHEREAS, a derivative action involving claims and defenses, including alleged violations of securities law, breaches of fiduciary duty, waste of corporate assets, and unjust enrichment is pending in the U.S. District Court for the Southern District of California, captioned *Barney v. Davis et al.*, Case No. 3:20-cv-0238-BAS-JLB;

WHEREAS, on August 24, 2020, the Parties filed a joint stipulation proposing to stay this Action in light of the Related Securities Class Action;

WHEREAS, on August 25, 2020, the Court denied the proposed order regarding the stay and ordered the Parties to show cause why this Action should not be transferred to the U.S. District Court for the Southern District of California; and

WHEREAS, Plaintiff and Defendants met and conferred and jointly consent to the transfer of this Action to the U.S. District Court for the Southern District of California.

NOW, THEREFORE, the Parties, through their undersigned counsel, agree and stipulate, subject to the approval of the Court, that this Action is hereby transferred to the U.S. District Court for the Southern District of California.

**IT IS SO STIPULATED.**

Dated: September 9, 2020

OF COUNSEL:

COOLEY LLP
Koji F. Fukumura
Peter M. Adams
Jeanne Detch
4401 Eastgate Mall
San Diego, California 92121
(858) 550-6000
kfukumura@cooley.com
padams@cooley.com
jdetch@cooley.com

RICHARDS, LAYTON & FINGER, P.A.

/s/ Raymond J. DiCamillo
Raymond J. DiCamillo (#3188)
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
dicamillo@rlf.com

*Attorneys for Defendants Stephen R. Davis,
Srdjan R. Stankovic, Michael J. Yang, Todd S.
Young, Terrence O. Moore, Stephen R. Biggar,
Julian C. Baker, Laura A. Brege, James Daly,
Edmund P. Harrigan, and Daniel B. Soland,
and Nominal Defendant ACADIA
Pharmaceuticals Inc.*

Dated: September 9, 2020

OF COUNSEL:

LIFSHITZ LAW FIRM, P.C.
Joshua M. Lifshitz
821 Franklin Avenue, Suite 209
Garden City, New York 11530
(516) 493-9780

COOCH AND TAYLOR P.A.

/s/ Blake A. Bennett
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange Street, Suite 1120
Wilmington, Delaware 19801
(302) 984-3800

*Attorneys for Plaintiff Elizabeth Lazarus*

**IT IS SO ORDERED.**

Dated: September 9, 2020

Honorable Richard G. Andrews
United States District Court Judge

3